McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and BENNIE LASTER, Revenue Officer, Internal Revenue Service, | MISC. S-04-0265 DFL/PAN |
|---|---|
| Petitioners, | **PETITIONERS' NOTICE OF COMPLIANCE AND REQUEST TO CLOSE CASE; ORDER** |
| v. | Date: May 18, 2005 |
| WILLIAM G. MOORE, JR., | Time: 9:00 a.m. |
| Respondent. | Ctrm: 25 (8th Fl., PAN) |

   Petitioners report to the Court that respondent has complied with the IRS summons in suit. For that reason, petitioners request that the Court close the case.

Dated: May 23, 2005                                     McGREGOR W. SCOTT
                                                         United States Attorney

                                              By:   /s/ Y H T Himel
                                                     YOSHINORI H. T. HIMEL
                                                     Assistant U. S. Attorney

1

# ORDER

The hearing previously set for May 25, 2005, at 9:00 a.m., is OFF CALENDAR. The respondent having complied with the Order filed October 15, 2004, the case shall be CLOSED.

It is SO ORDERED.

Dated: May 23, 2005.

                             /s/ Peter A. Nowinski
                             PETER A. NOWINSKI
                             Magistrate Judge

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **May 23, 2005**, she served a copy of

**PETITIONERS' NOTICE OF COMPLIANCE
AND REQUEST TO CLOSE CASE; ORDER**

by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Mr. William G. Moore, Jr.
8429 Mariners Dr. #79
Stockton, CA 95219

/s/ Pamela Beauvais
PAMELA BEAUVAIS